Michael Joseph Rhinehart
(Name)

P.O. Box 5005
(Address)

Calipatria, CA, 92233
(City, State, Zip)

C39412
(CDCR / Booking / BOP No.)

**FILED**
March 29 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ shellyy  DEPUTY

# United States District Court
## Southern District of California

Michael Joseph Rhinehart,
(Enter full name of plaintiff in this action.)

      Plaintiff,

v.

W.L. Montgomery, Warden.
J. Rodriguez, Correctional officer.
Arvizu, Correctional officer.
_____,
(Enter full name of each defendant in this action.)

      Defendant(s).

Civil Case No. **'22CV0678 LAB MDD**
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below. United Nations Congress. Crime and the Treatment of offenders. Revised on May 22. 2015. Renamed the "Nelson Mandela Rules.

### B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Michael Rhinehart
(print Plaintiff's name), who presently resides at Calipatria State Prison.
(mailing address or place of confinement)
P.O. Box 5005, Calipatria, CA 92233, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Calipatria State Prison on (dates) 10.6.2021, 10.6.2021, and _____.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **W. L. Montgomery, Warden** (name) resides in **Imperial County** (County of residence), and is employed as a **Warden** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Warden Montgomery has complete authority over my person. Under his supervision, I was transported here, use of the Lockbox handcuffs. Constant illumination is his responsibility.

Defendant **J. Rodriguez** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: As a transportation officer, he ignored request not to use the Lockbox handcuffs, because they are painful to have on.

Defendant **Arvizu** (name) resides in **Imperial County** (County of residence), and is employed as a **Correctional Officer** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: As a transportation officer, he ignored my request not to use the Lockbox handcuffs, because they are painful to have on.

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: _____

§ 1983 SD Form (Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: EIGHTH AMENDMENT.
FIRST AMENDMENT. DUE PROCESS.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

10.6.2021. I arrived at Calipatria State Prison. Now I am in the custody of Warden Montgomery making him responsible for my housing and living conditions. I inter the cell, the light would not turn off. The light was meant to stay on. Their is a secondary light that stay on. I am unable to sleep with the light on. Light come through the window. Light comes through the mesh door. We are prohibit to cover the light above or the door and window. We are not allowed to place any coverings in the cell. Their is no obstruction in the cell allowed. Living in constant illumination has caused me harm, physically and psychological. I now suffer from headaches, depression, sore eyes and sleepless nights. I have seen a medical doctor and a psychologist. They both agree that the const illumination could be the reason for my declining health. It feels like I a being tortured. The cell is full of light. I have a prescription for glasses. I can feel my eye sight getting worse. Adding to this, I have serious medical problems. A pacemaker and high blood pressure. My blood pressure has gotten worse since I got here. The lack of sleep causes hypertension, putting stress on my heart. Living in constant illumination is bad for my health and could kill me. The living condition, that of constant illumination was not approved by senior prison administators in Sacramento. They decline to approve of the constant illumination in the prison cells of this prison. The grievance I submitted to the "office of appeals.
close.

§ 1983 SD Form
(Rev. 8/15)

3

<u>Count 2</u>: The following civil right has been violated: <u>EIGHTH AMENDMENT.</u>
<u>FIRST AMENDMENT. DUE PROCESS</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ON October 6, 2021, I was transfered from California State Prison-Solano (CSPS) to ~~Calipatria~~ Calipatria State Prison (CSP). It took me about twelve and half hours to reach CSP. Two vans. Three inmates. I was in a van alone, until we came to the exchange point. We stop near a Highway Patrol Sub-station about seven hours from CSP. Two vans from CSP was waiting for us. I was placed in the custody of CSP transportation correctional officers J. Rodriguez and Arvizu. CSP-Solano officers removed their restraint chains and CSP placed theirs on. The new restraints came with a Lockbox over the handcuffs. Which is very painful to have on. I told the CSP-Transportation office, twice, that I was in pain. They stated both times, that it was CSP-transportation policy to use the Lockbox handcuffs. I knew I could not win an argument, so I accepted the pain. I had no choice. Because any kind of disobedience, or acting out in any way during a transportation of a inmate, would have caused me great harm. The Lockbox restraint placed my body in pain immediately. It locks my body into one restricted, stress position. My hands and wrist are locked in front of my stomach, my arms are locked to my sides. To keep from pressing up against the steel, I must try to keep my arms, wrist together and body locked in one position. That was impossible. So I accepted the pain. For seven hours the steel dug into my bones on my wrist. It is by the authority of the Warden Montgomery, that CSP transportation use the Lockbox restraint device. CSP-Solano Transportation did not use the Lockbox and do not use it. Their was no pain or was it painful being transported with CSP-Solano Transportation.

Continue on page 5.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,
_____.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

CONTINUE FROM PAGE 4.
CSP-SOLANO TRANSPORTATION, I WAS ABLE TO USE THE HAND HELD URINAL THREE TIMES. THE SOLANO OFFICERS ASKED ME A FEW TIMES, WAS I ALLRIGHT. I SAID YES! THE CSP-OFFICERS NEVER ASK ME ONCE WAS I ALLRIGHT. FOR IT IS COMMON FOR TRANSPORTATION OFFICE TO MAKE SMALL TALK. I LIKE TO LET THEM KNOW, YOU WILL NOT HAVE ANY PROBLEMS OUT OF ME. I WAS IN AGONY ALL THE WAY TO CSP. UPON OUR ARRIVAL TO CSP-RESEVING AND RELEASING (R&R), I LOOK DOWN AT MY HANDS THEY RED, MY WRIST WHERE SWOLLEN AND I HAD DEEP RED GROOVES IN MY WRIST. I AM A 63 YEAR OLD, LIGHT SKIN BLACKMAN. THE LOCKBOX HANDCUFFS HAD MADE MY LEFT ARM REAL SORE. IT FELT LIKE SOMEBODY PUT A ROD IN MY BICEP. I AM SEEING THE PHYSICAL THERAPIST ABOUT THIS INJURY. MY LEFT BICEP IS STILL HURTING ME. A CORRECTIONAL LIEUTEN-ANT WAS IN R&R. I SHOWED HIM MY WRIST AND HANDS, HE TOLD ME, I WOULD BE SEEING THE NURSE SOON. THAT NIGHT I DID SEE THE R&R NURSE, I SHOWED HER MY INJURIED WRIST AND HANDS. SHE SAID I WOULD SEE THE DOCTOR IN SEVEN DAYS. I DID SEE THE DOCTOR, I TOLD HIM WHAT HAPPEN AND THAT I HAD A SORE ARM. HE HAD X-RAYS TAKEN OF MY LEFT ARM AND PUT ME IN PHYSICAL THERAPY. THE THERAPY DOCTOR TOLD ME, MY LEFT ARM IS WEAKER THAN THE RIGHT ARM. HE HAS ME DOING ARM EXERCISES TO REHABILITATE IT. THE ARM IS STILL SORE. I HAVE REFUSE TO USE CSP. TRANSPORTATION. TO GO SEE THE CARDIOLOGY DOCTOR. I AM SUPPOSE TO SEE THE HEART DOCTOR EVERY SIX MONTHS. I CAN NOT TAKE THAT TRANSPORT WITH THAT LOCKBOX CHAINS ON, I FEEL LIKE I WAS TORTURED. THE LOCKBOX HANDCUFFS, FEELS LIKE MY WHOLE BODY WAS WRAP UP IN STEEL.
CLOSE.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____.

(d) Issues raised: _____
_____
_____
_____.

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

FOR BOTH COUNTS 1 AND 2, I EXHAUSTED ALL ADMINISTRATIVE REMEDIES. THE FINAL LEVEL, "OFFICE OF APPEALS" IN SACRAMENTO HAS GRANTED ME LEAVE TO PROCEED IN COURT.

_____
_____
_____
_____.

§ 1983 SD Form
(Rev. 8/15)

6

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

I Request that the Court issue an injunction against, W.L. Montgomery, Warden, to turn off the constant light. And order Warden Montgomery to stop the use of the Lock Box Restraint.

2. Damages in the sum of $ 50,000.00 Dallors.
3. Punitive damages in the sum of $ 50,000.00 Dallors.
4. Other: That Defendants pay all cost and fee's for this case. And any other order that the Court feel is Just and Fair.

### F. Demand for Jury Trial

Plaintiff demands a trial by ☐ Jury ☑ Court. (Choose one.)

March 15, 2022
Date

Michael Joseph Rinehart
Signature of Plaintiff

§ 1983 SD Form
(Rev. 8/15)

7

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653A dated June 21, 2018, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order.

**I. PLAINTIFF**
*(to be Completed by Plaintiff)*

Michael Joseph Rhinehart

☑ Exhibits to follow

**II. DEFENDANT(S)**
*(to be Completed by Plaintiff)*

Wil Montgomery, Warden
J. Rodriguez, Correctional Officer
Arvizu, Correctional Officer

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code: CAL

**IV. DATE SCANNED AND EMAILED BY CDCR STAFF MEMBER**
*(to be Completed by CDCR Staff Member)*

BY: _[signature]_  Gabriela Ortega LTA
(Please SIGN Name)   (Please PRINT Name)

DATE SCANNED AND EMAILED: May 13, 2022

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED**
*(to be Completed by CDCR Staff Member)*

☐ This civil complaint, and other initial filing documents authorized by the General Order No. 653A are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See General Order 653A at 3.

DATED: May 13, 2022

_[signature]_   Michael Rhinehart
(Please SIGN Name)   (Please PRINT Name)

See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"